■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY GILLYARD, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Adler, J.), rendered December 13, 1978, convicting him of robbery in the first degree (two counts) and criminal possession of stolen property in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The proof of guilt was overwhelming and errors, if any, were either harmless (*People v Crimmins*, 36 NY2d 230) or not preserved. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.